FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 NOV 10  AM 10: 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OCROIMI MONESTIME, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV305-112 |
| MICHAEL V. PUGH, Warden, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Therefore, this case is **DISMISSED** in its entirety because Petitioner failed to exhaust his administrative remedies, and final judgment shall be **ENTERED** in favor of Respondent Pugh.[1]

SO ORDERED this 9th day of November, 2005.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

---

[1] As there has been no objection or presentation of evidence that contradicts the Magistrate Judge's finding that Petitioner failed to exhaust his administrative remedies, the Court recognizes, but chooses not to reach, the alternative recommendation that the petition be denied on the merits.